COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY     6297-0
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940-0
   E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

Attorneys for Defendant
KOHA HUI LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONDA THOMAS and DOUGLAS THOMAS,<br><br>             Plaintiffs,<br><br>  vs.<br><br>KOHA HUI LLC dba CLIMB WORKS KEANA FARMS; and DOE DEFENDANTS 1-20,<br><br>             Defendants. | CIVIL NO. 16-00566 JAO-RLP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>Trial:  August 19, 2019 |

### STIPULATION FOR DISMISSAL
### WITH PREJUDICE OF ALL CLAIMS

      Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiffs RONDA THOMAS and

DOUGLAS THOMAS (collectively "Plaintiffs") and Defendant KOHA HUI, LLC ("Defendant") by and through their respective counsel, that any and all claims which were asserted and/or which could have been asserted, in the above referenced action, be dismissed with prejudice.  Each party is to bear their own attorneys' fees and costs.

This stipulation is signed by all parties who have appeared in this action.  A non-jury trial is set for August 19, 2019, before the Honorable Jill A. Otake.

DATED:  Honolulu, Hawaii, January 16, 2019.

/s/ Janice D. Heidt
RICHARD TURBIN
RAI SAINT CHU
JANICE D. HEIDT
Attorneys for Defendant
RONDA THOMAS and DOUGLAS THOMAS

/s/ Michael J. Nakano
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendant
KOHA HUI LLC

APPROVED AND SO ORDERED:



Jill A. Otake
United States District Judge

_____
**RONDA THOMAS, ET AL. V. KOHA HUI LLC dba CLIMB WORKS KEANA FARMS, ET AL.; CIVIL NO. 16-00566 JAO-RLP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

3